596

389 A.2d 208
Tandon v. Tandon, Appellant.

Submitted September 29, 1977. Shamsher B. Tandon, appellant, *in propria persona* ; No appearance entered nor brief submitted for appellee.

Appeal dismissed under Rule 2101 of the Pennsylvania Rules of Appellate Procedure.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 209
United States Fidelity and Guaranty Co. v. Celane, Appellant.

Submitted November 14, 1977. William J. Krzton, for appellant; Ronald Ganassi, for appellee.

Judgment affirmed.

JACOBS, P. J., and HOFFMAN, J., dissent.

WATKINS, former P. J., did not participate in the consideration or decision of this case.